McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERTO MARCH, SR.<br><br>            Defendant. | No. 2:00-cr-74 JAM<br><br>**UNITED STATES' MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT AND TO WITHDRAW THE ARREST WARRANT; ORDER** |

The United States, by and through its undersigned counsel, hereby moves this Honorable Court for an order dismissing with prejudice the indictment against Roberto March, Sr.  Upon dismissal, the United States also asks that the warrant for the defendant's arrest be withdrawn.

Roberto March, Sr. fled the United States to avoid prosecution in the above-captioned matter.  According to the United States Marshal Service, the defendant returned to Miami, Florida, from Mexico in early summer to receive cardiac surgery.  Roberto March, Sr. died on July 10, 2008.

This defendant was the sole remaining defendant in this case.  All of the other defendants pled guilty and have served their

sentences.  With the dismissal of the indictment against Roberto March, Sr., case number 2:00-cr-74 JAM may be closed.

Dated: October 10, 2008

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                              By:  /s/ Ellen V. Endrizzi

                                            ELLEN V. ENDRIZZI
                                            Assistant U.S. Attorney

## **O R D E R**

For good cause shown and in the interests of justice,

IT IS ORDERED that the indictment against Roberto March, Sr. in case number 2:00-cr-74 JAM is dismissed with prejudice and the outstanding arrest warrant is withdrawn.  The matter is now CLOSED.

DATED: October 14, 2008

                                            /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge